B. B. Bower, solicitor general, for the state.

---

Cato Moughon, plaintiff in error, *vs.* The State of Georgia, defendant in error.

Service of a bill of exceptions upon the solicitor general *pro tem.*, after the adjournment of the term of the court at which the case was tried, is insufficient.   (R.)

Service. Solicitor General *pro tem.* Bill of exceptions Practice before the Supreme Court. July Term, 1875.

When this case was called a motion to dismiss the writ of error, was submitted by counsel for the state upon two grounds, to-wit: 1st. Because not made returnable to the proper term. 2d. Because there had been no valid service of the bill of exceptions. It is unnecessary to report the facts upon which the first ground was based, as it is covered by the decision in the preceding case. As to the second ground the facts were as follows:

The case was tried at the April adjourned term, 1874, of Dougherty superior court. Thomas R. Lyon, Esq., represented the state as solicitor general *pro tem.* at that term. The court adjourned on June 20th, 1874. He acknowledged service of the bill of exceptions, as solicitor general *pro tem.*, on June 23d, 1875.

The motion was sustained and the writ of error dismissed.

H. Morgan, by D. H. Pope, for plaintiff in error.

B. B. Bower, solicitor general, for the state.